```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
 8               FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  SCOTT N. JOHNSON,
                                        NO. Civ.S-11-2677 LKK/KJN
11         Plaintiff,

12      v.                              ORDER RE DISPOSAL
                                        DOCUMENTS AFTER
13  CORBY'S COLLISION, INC.,            NOTIFICATION OF SETTLEMENT
    et al.,
14
           Defendants.
15  _____/
```

16    Counsel for plaintiff has filed a Notice of Settlement in the
17 above-captioned case. The court now orders that the dispositional
18 documents disposing of the case be filed no later than thirty (30)
19 days from the effective date of this order.
20    All hearing dates heretofore set in this matter are hereby
21 **VACATED.**
22    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
23 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
24 ////
25 ////
26 ////

1

1   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2        IT IS SO ORDERED.

3        DATED:  January 18, 2012.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```